CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 30 2009

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| RYRICKA NIKITA CUSTIS, | ) | |
|     Petitioner, | ) | Civil Action No. 7:09CV00103 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| WARDEN BRYAN B. WATSON, | ) | By: Hon. Glen E. Conrad |
|     Respondent. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

### ORDERED

as follows:

1.    The above referenced petition for writ of habeas corpus, filed pursuant to 28

U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice and

**STRICKEN** from the active docket of the court; and

2.    Petitioner's motion for in forma pauperis shall be and hereby is **DISMISSED** as

moot.

The Clerk is directed to send a copy of this order and the accompanying memorandum

opinion to the petitioner.

**ENTER:**    This 30th day of March, 2009.

_____
United States District Judge